UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:20-cv-00062 |
| | ) | |
| GARY THOMAS PRICE; | ) | |
| GTP INVESTMENT PROPERTIES, | ) | |
| LLC; and ALBERTA LOWERY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT AGREEMENT

The United States hereby gives notice of a settlement agreement in the above-captioned action. The attached proposed Consent Order, signed by both parties, will resolve all claims alleged by the United States against the Defendants in the Complaint in this action, filed on September 29, 2020. The United States respectfully requests this Honorable Court enter the proposed Consent Order attached to this Notice.

Date: <u>September 29, 2020</u>

| | |
|---|---|
| DANIEL P. BUBAR<br>Acting United States Attorney<br>Western District of Virginia | ERIC S. DREIBAND<br>Assistant Attorney General<br>Civil Rights Division |
| */s/ Krista Consiglio Frith*<br>KRISTA CONSIGLIO FRITH<br>Virginia Bar No.: 89088<br>Assistant United States Attorney<br>Western District of Virginia<br>P.O. Box 1709<br>Roanoke, VA 24008-1709<br>Phone: (540) 857-2250<br>E-mail: krista.frith@usa.doj.gov | */s/ Nancy F. Langworthy*<br>SAMEENA SHINA MAJEED<br>Chief<br>CATHERINE A. BENDOR<br>Deputy Chief<br>NANCY F. LANGWORTHY (#377947 DC)<br>Trial Attorney<br>Housing and Civil Enforcement Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW – 4CON<br>Washington, DC 20002<br>Phone: (202) 532-5543; (202) 616-8925<br>Fax: (202) 514-1116<br>E-mail: nancy.langworthy@usdoj.gov<br><br>Attorneys for Plaintiff<br>United States of America |